UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHARLES J. FORET, ET AL.** | **CASE NO. 6:25-CV-00540** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SAFECO INSURANCE COMPANY OF OREGON** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION TO AMEND (Rec. Doc. 8) and a MOTION TO REMAND (Rec. Doc. 9), both filed by Plaintiffs. Defendant opposes both motions. These motions were referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's MOTION TO AMEND (Rec. Doc. 8) is GRANTED. It is further

**ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion to Remand (Rec. Doc. 9) is GRANTED and, accordingly, this suit is REMANDED to the 15th Judicial District Court for the Parish of Lafayette, Louisiana.

SO ORDERED this 22nd day of October, 2025 at Lafayette, Louisiana.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE